[No. 6910-5-II.   Division Two.   May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER
T. ACKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81-1-01285-1, Donald H. Thompson, J.,

entered February 16, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.